UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| MATTHEW HODGE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**, *et al.*,<br><br>Defendants. | Civil Action No. 5:19-cv-478-D<br><br>Jury Trial Demanded<br><br>Judge James C. Dever III |

## ORDER

Plaintiffs Matthew Hodge, David Holbrook, Philip Kay, Jacob Frankowiak, and Ralph Brown, on behalf of themselves and all others similarly situated, and Defendants, North Carolina Department of Public Safety and Division of Adult Correction and Juvenile Justice ("Defendants") (collectively, the "Parties") have shown good cause for approval and order of the Parties' Joint Supplemental Discovery Plan.

The Parties' Joint Supplemental Discovery Plan is therefore APPROVED AND ORDERED.

This 16 day of June 2021.

JAMES C. DEVER III
United States District Judge