UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-cv-00478-D

MATTHEW HODGE, et al.,

    Plaintiffs,

v.

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION,

    Defendants.

**ORDER SUBSTITUTING MEDIATOR**

It appearing to the Court that counsel for the parties have selected René Stemple Trehy, to serve as their mediator as a substitute for M. Ann Anderson.

IT IS ORDERED, pursuant to Local Rule 101.1c(a), that René Stemple Trehy is appointed mediator in the above-entitled action as a substitute for M. Ann Anderson.

IT IS FURTHER ORDERED, pursuant to Local Rule 101.1d(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 101.1e.

Let copies of this order be sent to counsel for the parties and to the mediator.

SO ORDERED. This the 28 day of August, 2024.

JAMES C. DEVER III
United States District Judge