UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **MATTHEW HODGE**, *et al.*, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 5:19-cv-478-D |
| v. | |
| **NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION**, | Judge James C. Dever III |
| Defendant. | |

## ORDER APPROVING SUPPLEMENTARY CLASS NOTICE

This matter comes before the Court on Plaintiffs' Unopposed Motion for Order Approving Supplementary Class Notice (Dkt. No. 135). Having reviewed the motion and being duly advised, the Court finds good cause to grant the motion.

IT IS HEREBY ORDERED:

1. The Court approves supplementary notice to the additional 679 class members identified by Defendant using the same form, substance, and requirements of the notices previously approved by the Court's March 27, 2024 Order (Dkt. No. 121).

2. RG/2 Claims Administration LLC shall administer the supplementary notice according to the following schedule:

    a. Within 14 days of this Order, Plaintiffs shall provide the Administrator with a supplemental Class List comprising the names, email addresses, and physical mailing addresses of the 679 additional class members;

    b. Within 30 days of receiving the supplemental Class List, the Administrator shall send the class notice by email and mail to these additional class members;

    c. These additional class members shall have 60 days from the date notice is sent to request exclusion from the Class.

3. All other provisions of the Court's March 27, 2024 Order regarding the form and manner of class notice (Dkt. No. 121) shall apply to this supplementary notice process.

SO ORDERED. This the 6 day of February, 2025.

                                                    JAMES C. DEVER III
                                                    United States District Judge